# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

v.

**CR19    0230 EMC**

OSCAR GUADRON-DIAZ,

**FILED**

MAY 1 6 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 922(k) - Possession of a Firearm With Altered or
Obliterated Serial Number;
18 U.S.C. § 922(o) - Possession of a Machinegun;
18 U.S.C. § 924(d) - Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this _16th_ day of

_May, 2019_

_____
Clerk

Bail, $ _____  NO BAIL ARREST WARRANT

SALLIE KIM
United States Magistrate Judge

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. s 922(k), 922(o)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   922(k): Max 5 years' imprisonment; max $250,000 fine; max 3 years' supervised release; forfeiture; $100 special assessment

922(o): Max 10 years' imprisonment; max $250,000 fine; max 3 years' supervised release; forfeiture; $100 special assessment

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

☒ person is awaiting trial in another Federal or State Court, give name of court

San Francisco County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
}   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
}   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ajay Krishnamurthy

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 16 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S ---

Oscar Guadron-Diaz

DISTRICT COURT NUMBER

CR19   0230   EMC

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

San Francisco County Superior Court

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:



1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3                                                    FILED
4                                                    MAY 16 2019
5                                              SUSAN Y. SOONG
                                          CLERK, U.S. DISTRICT COURT
                                          NORTH DISTRICT OF CALIFORNIA
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11  UNITED STATES OF AMERICA,          CR19    0230
12        Plaintiff,               )  VIOLATIONS:
                                    )  18 U.S.C. § 922(k) – Possession of a Firearm With
13     v.                          )  Altered or Obliterated Serial Number;
                                    )  18 U.S.C. § 922(o) – Possession of a Machinegun;
14  OSCAR GUADRON-DIAZ,             )  18 U.S.C. § 924(d) – Criminal Forfeiture
                                    )
15        Defendant.               )
                                    )
16  ─────────────────────────────
17                      I N D I C T M E N T
18  The Grand Jury charges:
19  COUNT ONE:        (18 U.S.C. § 922(k) – Possession of a Firearm With Altered or Obliterated Serial
                      Number)
20
21        On or about January 25, 2018, in the Northern District of California, the defendant
22                          OSCAR GUADRON-DIAZ,
23  did knowingly possess and receive a firearm, specifically one black Taurus Model PT111 pistol, which
24  had the importer's or manufacturer's serial number removed, obliterated, and altered, and which had, at
25  any time, been shipped and transported in interstate and foreign commerce, in violation of Title 18,
26  United States Code, Sections 922(k) and 924(a)(1).
27  //
28

INDICTMENT

COUNT TWO:      (18 U.S.C. § 922(o) – Possession of Machinegun)

On or about January 25, 2018, in the Northern District of California, the defendant,

OSCAR GUADRON-DIAZ,

did knowingly possess a machinegun, specifically one 9mm Luger caliber automatic submachinegun with an unknown manufacturer and model, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE ALLEGATION      (18 U.S.C. § 924(d) – Criminal Forfeiture)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of any offense alleged in Counts One and Two in this Indictment, the defendant,

OSCAR GUADRON-DIAZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the said offenses, including, but not limited to the following property:

    1.  One black Taurus Model PT111 pistol, seized on or about January 25, 2018;

    2.  One 9mm Luger caliber automatic submachinegun with an unknown manufacturer and model, seized on or about January 25, 2018.

If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

//

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: May 16, 2019

A TRUE BILL,

FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

HELEN GILBERT
Deputy Chief, General Crimes
Section, Criminal Division

(Approved as to form:                )
AJAY KRISHNAMURTHY
Assistant United States Attorney

INDICTMENT                                    3

**FILED**

MAY 16 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNDER SEAL

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  OSCAR GUADRON-DIAZ

**CR19   0230 EMC**

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA**
**(Lead Attorney):** Ajay Krishnamurthy          **Date Submitted:** 5/16/2019

**Comments:**

RESET FORM          SAVE PDF